MARY C. FLEMING, as Administratrix of MYRON CLEARY, Deceased, Respondent, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Fleming* v. *N. Y. Central R. R. Co.*, 186 App. Div. 930, affirmed.

(Argued December 5, 1919; decided January 27, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 18, 1918, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. The complaint alleged that intestate while passing along Broadway in the city of Troy, which is crossed by defendant's tracks at grade, was halted by a long train of cars which extended entirely across said street and for some distance in both directions; that after waiting for some time he was invited by one of defendant's servants to pass by crossing over one of the cars; that he did so in safety but after again reaching the ground he caught his foot in a switch of an adjoining track and before he

could extricate himself was struck by an approaching engine and killed.

*William L. Visscher* for appellant.

*Thomas S. Fagan* and *Abbott H. Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.